UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAFAEL CORDERO,

                        Plaintiff(s),                                    23 civ 902 (JGK)

            -against-

NICASIO VALLEY CHEESE CO., INC.,
                        Defendant(s).
-----------------------------------------------------------------X

## ORDER

The time to file an answer having been extended to July 31, 2023,

The conference scheduled for July 11, 2023, at 2:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      July 5, 2023