**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

> The parties' motion for a stay is DENIED. The Court will instead grant an extension from August 30, 2023 to October 14, 2023 for Defendant to answer, move to dismiss, or otherwise respond to the Complaint. In addition, the initial pretrial conference is rescheduled to September 29, 2023 at 12PM. No further extensions will be granted.
>
> The Clerk of Court is directed to terminate the motion at ECF No. 24.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: August 31, 2023

August 29, 2023

<u>VIA ECF</u>

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Cordero v. Nicasio Valley Cheese Co., Inc.;* Case No. 1:23-cv-00902-JGK

Dear Koeltl:

We represent Defendant Nicasio Valley Cheese Co., Inc. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from August 29, 2023 to October 13, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:     All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms