UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILTON WILLIA RAFAEL CORDERO,
Individually, and On Behalf of All Others
Similarly Situated,

                Plaintiff,

-against-

NICASIO VALLEY CHEESE CO., INC.,

                Defendant.

23-CV-902 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 9, 2023 Order, ECF No. 23, the parties were required to file a joint letter, the contents of which are described therein, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than September 5, 2023. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 29, 2023**.

      SO ORDERED.

Dated: September 25, 2023
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge