UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————— x

RAFAEL CORDERO, Individually, and On Behalf of All Others Similarly Situated,

                            Plaintiff,

vs.

NICASIO VALLEY CHEESE CO., INC.,

                            Defendant.

————————————————————— x

Case No.: 1:23-cv-00902

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff RAFAEL CORDERO hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant NICASIO VALLEY CHEESE CO., INC.

DATED: September 26, 2023          **MIZRAHI KROUB LLP**

                                                    /s/ Edward Y. Kroub
                                                      EDWARD Y. KROUB

EDWARD Y. KROUB
225 Broadway, 39th Floor
New York, NY 10007
Telephone: 212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com

*Attorneys for Plaintiff*

**The Clerk of Court is directed to close the case.**

**SO ORDERED.**

*[signature]*

**Arun Subramanian, U.S.D.J.
Date: September 28, 2023**